UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| UNITED STATES OF AMERICA,<br>　Plaintiff | )<br>)<br>) |
| v. | ) C.A. 08-cv-30098-MAP<br>) |
| 1779 MAIN STREET, AGAWAM,<br>MASSACHUSETTS,<br>　Defendant | )<br>)<br>) |

ORDER OF DISMISSAL

July 19, 2010

**PONSOR, D.J.**

　　In the status report filed by the government in this case on November 15, 2009, the government indicated that it would be moving for a Final Order of Forfeiture in a parallel case of <u>United States v. Danalis</u>, 09-cr-30026-MAP, and that, once the Final Order of Forfeiture was entered, the United States would be moving to dismiss this civil forfeiture action. <u>See</u> Dkt. No. 42.

　　On May 28, 2010, a Final Order of Forfeiture entered in the parallel criminal case. <u>See</u> Dkt. No. 20 in 09-cr-30026-MAP. Based upon the entry of this Final Order of Forfeiture, and the representation made by the government on November 15, 2009 regarding its intention to move to dismiss, the court hereby orders that this civil forfeiture case be DISMISSED. This case may now be closed.

It is So Ordered.

                                                <u>/s/ Michael A. Ponsor</u>
                                                **MICHAEL A. PONSOR**
                                                **United States District Judge**