## UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| UNITED STATES OF AMERICA,<br>    Plaintiff<br><br>v.<br><br>1779 MAIN STREET, AGAWAM,<br>MASSACHUSETTS,<br>    Defendants | )<br>)<br>)<br>) CIVIL ACTION NO. 3:08-cv-30098 -MAP<br>)<br>)<br>)<br>) |

## JUDGMENT IN A CIVIL CASE

Michael A. Ponsor, D.J.

[ ] **Jury Verdict.** This action came before the court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

[X] **Decision by the Court**. This action came to trial or hearing before the Court. The issues have been tried or heard and a decision has been rendered.

**IT IS ORDERED AND ADJUDGED**

**JUDGMENT** of dismissal pursuant to the court's order of dismissal entered this date, dismissing this case.

 

SARAH A. THORNTON,
CLERK OF COURT

Dated: July 19, 2010

/s/ *Maurice G. Lindsay*

Maurice G. Lindsay
Deputy Clerk

(Civil Judgment of Dismissal.wpd - 11/98)
   [jgm.]